(July 24, 2012)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JORGE PAGAN, Appellant. [948 NYS2d 561]

Concur—Saxe, J.P., Catterson, Moskowitz, DeGrasse and Abdus-Salaam, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CURTIS WOODS, Appellant. [948 NYS2d 907]

In this resentencing proceeding under CPL 440.46, the court properly adjudicated defendant a second felony drug offender whose prior felony conviction was a violent felony, even though he was only adjudicated an ordinary second felony offender at his original sentencing (see People v Dais, 81 AD3d 432 [2011], affd 19 NY3d 335 [2012]). Concur—Mazzarelli, J.P., Andrias, Catterson, Abdus-Salaam and Manzanet-Daniels, JJ.